# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br><br> v. <br><br> ROSA BETANCOURT FARFAN <br> Defendant. | CRIMINAL NO. 16-795(PG) |

## UNITED STATES MOTION TO DISMISS INFORMATION

COMES NOW, the United States of America, through the undersigned attorneys and before this Honorable Court very respectfully moves for the dismissal of the information against the above captioned defendant.

WHEREFORE, the United States of America respectfully requests that this Honorable Court grant this request and the case be dismissed.

RESPECTFULLY SUBMITTED

In San Juan, Puerto Rico, this 20th day of January, 2017.

ROSA EMILIA RODRIGUEZ-VELEZ
United States Attorney

_____
Jose Capo-Iriarte
Assistant U.S. Attorney
Chief, Criminal Division

_____
Myriam Y. Fernandez-Gonzalez
Assistant U.S. Attorney
Deputy Chief, Financial Fraud and Corruption

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to defense counsel.

In San Juan, Puerto Rico, this 20th day of January, 2017.

**Myriam Y. Fernandez-Gonzalez**
Assistant United States Attorney – 218011
Torre Chardón Bldg., Suite 1201
350 Chardón Ave.
Hato Rey, Puerto Rico 00918
(787) 766-5656 Tel./ (787) 772-4070 Fax
Myriam.Y.Fernandez@usdoj.gov