# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA <br> Plaintiff, <br><br> v. <br><br> ROSA BETANCOURT-FARFAN <br> Defendant. | 3:16-CR-0795-01 (PG) |

## JUDGMENT OF DISCHARGE

It appearing that defendant Rosa Betancourt-Farfan, has been charged of the offenses of:

Count One (1): Adulterating a device, all in violation of Title 21, U.S.C. § 331(k) and 333(a)(2).

It further appearing that defendant is now entitled to be discharged for the reason that:

The United States filed a motion to dismiss the Information as to this defendant at docket no. 24. Order granting the request to dismiss the Information in this case entered at docket no. 25.

It is therefore ORDERED and ADJUDGED that the defendant be, and is hereby DISCHARGED without prejudice as to this case only.

In San Juan, Puerto Rico, this 23rd day of January, 2017.

*S/ JUAN M. PEREZ-GIMENEZ*
JUAN M. PEREZ-GIMENEZ
SENIOR, U.S. DISTRICT JUDGE